IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RAY REED, HELEN COOPER,
LISA COOPERWOOD, and
PHONESHIA LATHAN                                                                        PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:18-cv-00148-SA-DAS

JENNIFER HALDOFS,
CHRISTIANNA PALMER,
HEATHER ASHLEY, and
DERRICK COLE                                                                            DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On September 28, 2018, United States Magistrate Judge David A. Sanders issued a Report and Recommendation [6] recommending that the case be dismissed for lack of subject matter jurisdiction. No objection to the Report and Recommendation was filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (*citing Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Therefore, the September 28, 2018, Report and Recommendation [6] is ADOPTED and the case is DISMISSED *without prejudice*.

SO ORDERED, this 27th day of November, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE